E-FILED
Wednesday, 05 November, 2025  04:56:48 PM
Clerk, U.S. District Court, ILCD

PROB 12B
(7/93)

# UNITED STATES DISTRICT COURT

for

Illinois Central

## Request for Modifying the Conditions or Term of Supervision
## with Consent of the Offender

*(Probation Form 49, Waiver of Hearing is Attached)*

Name of Offender:   Javion A. Younger

Case Number:   0753 1:24CR10007-001

Name of Sentencing Judicial Officer:   Honorable James E. Shadid

Date of Original Sentence:   08/28/2024

Original Offense:

Cts. 1-2: Distribution of Cocaine

06/23/2025: Violation report submitted to the Court notifying of Younger's failure to report to the U.S. Probation Office on May 12 and May 28, 2025. No Court action was requested, and the Court concurred.

07/02/2025: Violation report submitted to the Court notifying of Younger's failure to pay his special assessment. No Court action was requested, and the Court concurred.

07/30/2025: Violation report submitted to the Court notifying of Younger's possession and use of cocaine. No Court action was requested, and the Court concurred.

08/29/2025: Violation report submitted to the Court notifying of Younger's possession and use of cocaine. No Court action was requested, and the Court concurred.

Original Sentence:   20 months on both counts served concurrently, 3 years supervised release on each count served concurrently

Type of Supervision:   Supervised Release          Date Supervision Commenced:   03/18/2025

## PETITIONING THE COURT

☐ To extend the term of supervision for _____ years, for a total term of _____ years.

☒ To modify the conditions of supervision as follows:

Add the following condition:

CONDITION NO. 13: You shall serve 30 days in home confinement during your term of supervision. The home confinement will start at the direction of the U.S. Probation Office. You shall be monitored by radio frequency monitoring technology and shall abide by all technology requirements. You shall pay the costs of the program to the extent you are financially able to pay. The U.S.

PROB 12B
(7/93)

Probation Office shall determine your ability to pay and any schedule for payment, subject to the court's review upon request.

Curfew: You shall sign the rules of home confinement/location monitoring and comply with the conditions of home confinement. During this time, you will remain at your place of residence between 8:00 p.m. and 6:00 a.m. or as directed by the U.S. Probation Office. You shall wear a location monitoring device. You shall pay the costs of the program to the extent you are financially able to pay. The U.S. Probation Office shall determine your ability to pay and any schedule for payment, subject to the court's review upon request.

## CAUSE

Javion Younger commenced supervised release on March 18, 2025, during this time, Younger has struggled to maintain compliance with the conditions of his supervised release. As of this date, there have been four separate violation reports submitted to the Court regarding Younger's conduct while on supervised release including his failure to pay his special assessment, failure to report to the U.S. Probation Office, and his possession and use of cocaine on two occasions.

To assist Younger in improving his standing while on supervised release he was referred to Moral Recognition Therapy (MRT), provided through Carle Trillium Place (CTP), Peoria, Illinois.

On October 16, 2025, Younger submitted to a drug test which returned positive for cocaine metabolite as evidenced by Abbott Toxicology Services, Gretna, Louisiana.

On October 23, 2025, during a telephone conversation with U.S. Probation Officer (USPO) Alec Gerdes, Younger denied he possessed or used cocaine.

On October 27, 2025, during an office visit with USPO Gerdes, Younger admitted he possessed and used cocaine prior to the drug test collected on October 16, 2025. Younger also admitted he possessed and used cocaine on October 23, 2025. Younger admitted he typically uses cocaine while riding around in a vehicle at night along with his cousin.

On November 3, 2025, during an office visit with USPO Gerdes, Younger submitted to a drug test which returned presumptive positive for cocaine metabolite. Younger admitted he possessed and used cocaine and marijuana on October 31, 2025.

The addition of the above noted condition will ideally act to deter Younger from further use of cocaine while also holding him accountable for his whereabouts and reducing his ability to present where controlled substances are illegally sold, used, distributed, or administered. Further, Younger has been referred for a substance abuse evaluation provided through Carle Trillium Place (CTP), Peoria, Illinois. Should Younger be found appropriate for substance abuse related treatment, he will transition out of MRT into outpatient substance abuse treatment.

Assistant United States Attorney Darilynn Knuass has been advised of the modification and has no objections. This modification has been explained to Mr. Younger, he understood his rights to a hearing and counsel. He waived his rights to counsel and a hearing, and has agreed to the proposed modification. Mr. Younger's signed Waiver of Hearing is attached for the Court's review.

Respectfully submitted,

by      *Alec Gerdes*

U.S. Probation Officer

Date:    11/05/2025

THE COURT ORDERS:

PROB 12B
(7/93)

☐ No action.

☐ The extension of supervision as noted above.

☒ The modification of conditions as noted above.

☐ Other

_____
Signature of Judicial Officer

_____
Date